[No. 70347-1-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON JACOB-MICHAEL MACK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00890-3, Michael H. Evans, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 70348-0-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MERLE HEATER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 10-1-00074-5, Brian P. Altman, J., entered October 27, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Lau, JJ.

[No. 70349-8-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SHANNON DEROUEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01192-9, Beverly G. Grant, J., entered November 10, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Grosse and Lau, JJ.

[No. 70361-7-I. Division One. July 29, 2013.]

JOSEPH M. LOWE, *Appellant*, v. PCL CONSTRUCTION SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-05828-5, Stephanie A. Arend, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Appelwick, JJ.